IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FLOYD ROGERS, III | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3:12-CV-2458-M-BD |
| | § | |
| SHERIFF JOHNNY BROWN, | § | |
| ET AL. | § | |
|     Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The Court notes that Plaintiff has misstated what the Findings say about the Answer. The Findings state what is indisputably true – the Answer in this case was filed with this Court on October 13, 2012. *Plaintiff's Motion for Default Judgment*, filed November 2, 2012 (doc. 25), is **DENIED**.

SIGNED this 26th day of November, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS