IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FLOYD ROGERS, III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:12-cv-2458-M |
| | § | |
| NFN HAMMONDS, *Detention Center Officer*, ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

# **ORDER**

The United States Magistrate Judge made Findings, Conclusions, and Recommendations in this case. Plaintiff filed objections on August 6, 2013, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

Defendants' Motion for Summary Judgment [Dkt. No. 36] is GRANTED as to Plaintiff's claims for denial of medical care and as to all allegations against Sheriff Brown, the unnamed deputy sheriff, Lieutenant Eberthart, Sergeant Buchanan, and Sergeant Cooper. Defendants' Motion for Summary Judgment [Dkt. No. 36] is DENIED as to Plaintiff's excessive force claims against Defendants James Hammonds, Kenneth Merry, Wendy Hammonds, and Danny Sellers.

This case is RE-REFERRED to United States Magistrate Judge David L. Horan for appointment of counsel from the civil *pro bono* panel to assist Plaintiff in

prosecuting his remaining claims and for further pretrial management pursuant to 28 U.S.C. § 636(b).

SO ORDERED this 22nd day of August, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS