IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FLOYD ROGERS, III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:12-cv-2458-M |
| | § | |
| SHERIFF JOHNNY BROWN, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The United States Magistrate Judge made Findings, Conclusions, and Recommendations in this case. Plaintiff filed objections on January 24, 2014, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. Except with respect to the conspiracy claims against Defendants Buchanan and Cooper, the objections are overruled, and the Court ACCEPTS the other Findings, Conclusions and Recommendations of the United States Magistrate Judge. As to the conspiracy claims against Defendants Buchanan and Cooper, Plaintiff is granted leave to replead within twenty-one (21) days to attempt to make such claims plausible and not conclusory. If he does not do so, such claims will be dismissed.

Plaintiff's Motion for Reconsideration [Dkt. No. 84] is DENIED as to all of Plaintiff's claims, except conspiracy, as to which his motion is GRANTED.

Plaintiff's Motion for Extension of Time to File Notice of Appeal [Dkt. No. 78] is GRANTED. Plaintiff is granted an extension of time of 14 days from today's date to file his notice of appeal.

SO ORDERED this 13th day of February, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS